## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Marc Grossman                                Chapter 13

             Debtor                          Bankruptcy No. 13-17905-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___13___ day of ___November___, 2014 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. Fitzsimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debtor's Attorney:
MCCULLOUGH EISENBERG LLC
65 WEST ST RD
SUITE A-105
WARMINSTER, PA 18974

Debtor:
Marc Grossman

716 Forrest Avenue

Jenkintown, Pa 19046